UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**CHRISTOPHER A. LEIPHART**,
individually and as natural father
and custodial guardian of SDJL**,**

    **Plaintiff,**

v.                                                 Case No.  3:25-cv-604-TKW-HTC

**FLORIDA DEPARTMENT OF
CHILDREN AND FAMILIES, et al.,**

    **Defendants.**
_____/

## **ORDER**

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 5).  No objections were filed.

Upon due consideration of the Report and Recommendation and the entire case file, the Court agrees with the magistrate judge's determination that this case should be dismissed for multiple reasons.  Accordingly, it is

**ORDERED** that:

1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.     This case is **DISMISSED** because (a) Plaintiff cannot bring claims on behalf of his son; (b) the Court cannot issue injunctive relief in the absence of a

properly filed complaint; and (c) the *Younger* abstention doctrine bars this Court from interfering with state dependency proceedings.

    3.    The Clerk shall enter judgment in accordance with this Order and close this case file.

**DONE AND ORDERED** this 9th day of June, 2025.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**